### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

WILLIE GASTER DAVIS, JR.,                                                                                      PLAINTIFF
ADC #109028

v.                                       No. 5:11CV00150 JLH/JTR

BARBARA A. MONTGOMERY,
Sergeant, Maximum Security Unit, et al.                                                                DEFENDANTS

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, for failing to state a claim upon which relief may be granted. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

DATED this 15th day of July, 2011.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE