### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

WILLIE GASTER DAVIS, JR.,                                                                                    PLAINTIFF
ADC #109028

v.                                           No. 5:11CV00150 JLH/JTR

BARBARA A. MONTGOMERY,
Sergeant, Maximum Security Unit, et al.                                                              DEFENDANTS

### ORDER

Willie Gaster Davis, Jr., has filed a motion for reconsideration of the Order dismissing his action. He asserts that the Court erred in failing to address his Sixth Amendment claim. The United States Supreme Court has held that inmates have no Sixth Amendment right to counsel at prison disciplinary proceedings. *Baxter v. Palmigiano*, 425 U.S. 308, 315, 96 S. Ct. 1551, 1556, 47 L. Ed. 2d 810 (1976); *Wolff v. McDonnell*, 418 U.S. 539, 570, 94 S. Ct. 2963, 2981, 41 L. Ed. 2d 935 (1974). Therefore, the motion for reconsideration is DENIED. Document #12.

IT IS SO ORDERED this 25th day of July, 2011.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE