**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

WILLIE GASTER DAVIS, JR.,                                                                                               PLAINTIFF
ADC #109028

v.                                             No. 5:11CV00150 JLH/JTR

BARBARA A. MONTGOMERY,
Sergeant, Maximum Security Unit, et al.                                                              DEFENDANTS

**ORDER**

Willie Gaster Davis, Jr., has filed a motion to vacate the Order denying his motion for reconsideration, arguing that the Court misunderstood his claim when the Court said that he did not have a right to counsel under the Sixth Amendment in a disciplinary proceeding. Davis says that his Sixth Amendment claim is a claim that he was not notified of the charges and not given a fair hearing. The Court ruled on those complaints when it ruled on his claim that his due process rights under the Fourteenth Amendment were violated. Therefore, the motion to vacate is DENIED. Document #18.

IT IS SO ORDERED this 28th day of July, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE