**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

WILLIE GASTER DAVIS, JR.,                                                                                    PLAINTIFF
ADC #109028

v.                                    No. 5:11CV00150 JLH/JTR

BARBARA A. MONTGOMERY,
Sergeant, Maximum Security Unit, et al.                                    DEFENDANTS

### ORDER

The motion for reconsideration filed by Willie Gaster Davis, Jr., is DENIED. Document #23.

IT IS SO ORDERED this 11th day of August, 2011.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE